**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 541 EAL 2017

             Respondent             :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

             v.                      :

                                  :

ROBERT MCDOWELL,                  :

                                  :

                 Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.